# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JAMES A. LESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-1402-M |
| | ) | |
| 1. UNITED STATES BEEF CORPORATION, | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **ATTORNEY LIEN CLAIMED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, James A. Lester, hereby stipulates with the Defendant, United States Beef Corporation, that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF JUNE, 2018.**

> s/*Lauren W. Johnston*
> Jana B. Leonard, OBA # 17844
> Shannon C. Haupt, OBA #18922
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 S. Walker
> Oklahoma City, OK 73139
> Tele: 405-239-3800  Fax: 405-239-3801
> leonardjb@leonardlaw.net
> johnstonlw@leonardlaw.net
> haupts@leonardlaw.net
> *Counsel for Plaintiff*

1

*s/Paige H. Good*
(Signed with Permission)
Joshua W. Solberg, OBA #22308
Paige H. Good, OBA #31595
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
josh.solberg@mcafeetaft.com
paige.good@mcafeetaft.com
*Counsel for Defendant*